THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of JOSEPH THOMAS, Respondent, v. FRANK MORAN, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

QUEENS BOULEVARD SYNDICATE, INC., Appellant, v. KEW GARDENS ENGINEERING CORPORATION and Others, Defendants, and KINGSBORO MORTGAGE CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

SHEEPSHEAD TERMINAL REALTY CORPORATION, Appellant, v. BAYHEAD HOLDING CORPORATION, Respondent, and GEORGE COUNES, Defendant.— Order granting motion of defendant Bayhead Holding Corporation to vacate notice of examination before trial and to vacate *subpœna duces tecum* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Examination to proceed on five days' notice at the place and hour stated in the notice to take testimony. The examination sought herein relates to the allegations of the complaint and the plaintiff was entitled to the examination sought as a matter of course. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MAURICE G. SPIRO, Respondent, v. THE BRUNSWICK-BALKE-COLLENDER COMPANY, Appellant.— Order denying defendant's motion to vacate warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

HAROLD L. R. THOMAS, Respondent, v. ROSE EDITH DES ANGES HAWKINS, as Administratrix of the Estate of HENRY L. DES ANGES, Deceased, and Others, Appellants.— Orders denying motions to dismiss amended complaint or, in the alternative, to require plaintiff to separately state and number the alleged causes of action, to make the amended complaint more definite and certain and to strike out paragraph 12 thereof affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.